# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Targin Sign Systems, Inc.

                        Plaintiff,

v.                                           Case No.: 1:11–cv–01833
                                              Honorable Edmond E. Chang

G.R. Sinagra Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 20, 2012:

      MINUTE entry before Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal, under Rule 41(a)(1)(A)(i), the case is dismissed (neither the corporate defendant nor the individual defendant had filed an answer or summary judgment motion). Status hearing of 06/21/12 is vacated. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.